IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a Municipal Corporation; and TODD SCHMADERER, Chief of Police of the Omaha Department, in his official capacity;<br><br>Defendants. | 8:24CV33<br><br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

Plaintiff filed a motion to extend certain deadlines in the Final Progression Order. Filing No. 28. After conferring with the parties, during which Defendants' counsel indicated Defendants are not opposed, the Court grants Plaintiff's motion as set forth herein.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for January 21, 2025 is continued and will be held with the undersigned magistrate judge on **April 15, 2025** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is October 1, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by December 16, 2024.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall

not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    December 16, 2024.

    For the defendant(s):    January 15, 2025.

4) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    January 15, 2025.

    For the defendant(s):    February 14, 2025.

    Plaintiff(s)' rebuttal:    March 17, 2025.

5) The deadline for filing motions to dismiss and motions for summary judgment is May 28, 2025.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 14, 2025.

7) All other deadlines and provisions in the Court's prior final progression order, Filing No. 16, not amended herein remain unchanged.

Dated this 23rd day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.