IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a Municipal Corporation; and TODD SCHMADERER, Chief of Police of the Omaha Department, in his official capacity;<br><br>Defendants. | 8:24CV33<br><br>ORDER |

Richard P. Jeffries, Mitchell T. Moylan, and Cline Williams Wright Johnson & Oldfather, L.L.P. ("Counsel") moved to withdraw as counsel for third parties Lianina Medina and Mike Ramirez. Filing No. 41. The Court held a hearing on the motion on December 20, 2024. Ms. Medina and Mr. Ramirez both represented to the Court they no longer wished to be represented by Counsel. Both Ms. Medina and Mr. Ramirez also represented their intent to proceed pro se and provided the Court their contact information on the record.

Accordingly,

IT IS ORDERED as follows:

1) The Motion to Withdraw, Filing No. 41, is granted. Richard P. Jeffries, Mitchell T. Moylan, and Cline Williams Wright Johnson & Oldfather, L.L.P. are withdrawn as counsel for Ms. Medina and Mr. Ramirez and shall no longer receive electronic notifications in this case.

2) The Clerk of the Court shall add Ms. Medina's and Mr. Ramirez's contact information to the docket, as provided below:

| | |
|---|---|
| **Lianina R. Medina** | **Mike Ramirez** |
| 14152 Terrilee Lane | 731 Barbary Lane |
| Poway, CA 92064 | Royse City, TX 75189 |

Dated this 20th day of December, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge