IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE BELCASTRO GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a Municipal Corporation; and TODD SCHMADERER, Chief of Police of the Omaha Department, in his official capacity;<br><br>Defendants. | 8:24CV33<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing No. 94). Having considered the matter, the Court will grant the Motion. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 22nd day of October, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge